CHARLES REINA et al., as Assignees of BERNARD deTURENNE, et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 43176.) — AULISI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.